# Court of Appeals
# of the State of Georgia

ATLANTA, April 02, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1534. E. MARCELLUS WINDHOM v. THE STATE.

E. Marcellus Windhom was convicted of armed robbery, and this Court affirmed his conviction on appeal. *Windhom v. State*, 326 Ga. App. 212 (756 SE2d 296) (2014). In September 2025, Windhom filed a motion for leave to file an out-of-time motion for new trial. On November 19, 2025, the trial court issued an order dismissing the motion. On February 12, 2026, Windhom filed a notice of appeal. We lack jurisdiction because, pretermitting whether the trial court's order is directly appealable, the appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed, OCGA § 5-6-38(a), and the proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Perry v. Paul Hastings, LLP*, 362 Ga. App. 140, 141 (866 SE2d 855) (2021). Because the instant appeal was filed 85 days after entry of the trial court's order, it is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/02/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*